### 36756. ALMON et al. v. STAPLES.

Judgment affirmed without opinion pursuant to Rule 59. See *Lumpkin v. Patterson,* 170 Ga. 94 (2) (152 SE 448) (1929); *Waters v. Donaldson,* 184 Ga. 450 (2) (191 SE 429) (1937).
*All the Justices concur.*

SUBMITTED OCTOBER 3, 1980 — DECIDED
OCTOBER 29, 1980.

*Hollis B. Johnson,* for appellants.
*Henry C. Head,* for appellee.